Form oscmlfee − oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  22−10566−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Linda Holland
   55 Whittlesey Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7869

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 2/24/22 in the amount of $ 84.50 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Vincent F. Papalia on:

   Date: April 7, 2022
   Time: 10:00 AM
   Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to show cause why the case should not be dismissed.

   If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

   Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

   Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: February 28, 2022

JAN: wdh

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge