53132
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Thrift Investment Corporation
JM5630_____

|  |  |
|---|---|
| IN RE:  MONA LINDA HOLLAND | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br><br>CASE NO:  22-10566 (VFP)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

Thrift Investment Corporation enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Thrift Investment Corporation with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Thrift Investment Corporation, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Thrift Investment Corporation by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

    Thrift Investment Corporation
    P.O. Box 538
    Fords, NJ 08863

Thrift Investment Corporation, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    /s/   John R. Morton, Jr.

    John R. Morton, Jr., Esquire
    Morton & Craig LLC
    Attorneys for Thrift Investment Corporation

Dated: 3/16/22