Scott D. Sherman
MINION & SHERMAN
Attorneys at Law
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
Phone:   (973) 882-2424
Fax:      (973) 882-0856
Email:   ssherman@minionsherman.com
Attorneys for Debtors

---

| In Re: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  | : | DISTRICT OF NEW JERSEY |
| MONA HOLLAND, | : |  |
|  | : | CHAPTER 13 |
|  | : |  |
| Debtor | : | CASE NO. 22-10566 VFP |
|  | : |  |
|  | : | **SUBSTITUTION OF** |
|  | **:** | **ATTORNEY** |

---

The undersigned attorney hereby consents to the substitution of Scott D. Sherman, Esquire with the law firm of Minion & Sherman as attorney for Debtor in the above-entitled action.

                                                                                MINION & SHERMAN

By:/s/ Mona Holland                             By:/s/ Scott D. Sherman
   Mona Holland, pro se                            Scott D. Sherman, Esq.
   Withdrawing Attorney                            Superseding Attorney

Dated: 3/25/2022                                Dated: 3/25/2022