Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10566−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Linda Holland
   55 Whittlesey Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7869

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         5/5/22
Time:         08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 28, 2022
JAN: wdh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 22-10566-VFP
Mona Linda Holland                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                          Page 1 of 3
Date Rcvd: Mar 28, 2022               Form ID: 132                         Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mona Linda Holland, 55 Whittlesey Avenue, East Orange, NJ 07018-3307 |
| cr | #+ | Thrift Investment Corporation, 720 King Georges Post Road, Fords, NJ 08863-1974 |
| 519540433 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 519491425 | + | Kharis Salaam, 55 Whittlesey Avenue, East Orange, NJ 07018-3307 |
| 519540435 | + | MUE Construction, 70 Forest Street, Kearny, NJ 07032-3336 |
| 519540437 | + | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519491426 | + | Shellpoint, PO Box 740039, Cincinnati, OH 45274-0039 |
| 519491427 | #+ | Thrift Investment, 720 King Georges Rd, Fords, NJ 08863-1974 |
| 519540440 | #+ | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863-1974 |
| 519534028 | + | Thrift Investment Corporation, 720 King George's Post Rd, PO Box 538, Fords, NJ 08863-0538 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540426 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 28 2022 20:41:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 519540427 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 20:37:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519509801 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540428 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 28 2022 20:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519540429 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2022 20:37:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519491424 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2022 20:37:24 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 519540430 | + | Email/Text: mrdiscen@discover.com | Mar 28 2022 20:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519540432 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 28 2022 20:41:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |

| 519538092 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 20:37:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 519540436 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2022 20:40:00 | NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 519527323 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2022 20:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519540438 | + | Email/Text: bankruptcy@pseg.com | Mar 28 2022 20:40:00 | PSE&G, P.O. Box 490, Cranford, NJ 07016-0490 |
| 519540439 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2022 20:40:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519538778 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540441 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2022 20:40:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Mona Holland |
| pp | | Yarelis Rivera, 13501 NW 3rd Street 101, 101 Pembrole Pines |
| 519540431 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 519540434 | ##+ | KML Law Group, P.C., 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 132 | Total Noticed: 27 |

on behalf of Debtor Mona Linda Holland ssherman@minionsherman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5