Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10566−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Linda Holland
   55 Whittlesey Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7869

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 22, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10566-VFP
Mona Linda Holland  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jul 22, 2022  Form ID: 148  Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mona Linda Holland, 55 Whittlesey Avenue, East Orange, NJ 07018-3307 |
| cr | #+ | Thrift Investment Corporation, 720 King Georges Post Road, Fords, NJ 08863-1974 |
| 519540433 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 519491425 | + | Kharis Salaam, 55 Whittlesey Avenue, East Orange, NJ 07018-3307 |
| 519540435 | + | MUE Construction, 70 Forest Street, Kearny, NJ 07032-3336 |
| 519491426 | + | Shellpoint, PO Box 740039, Cincinnati, OH 45274-0039 |
| 519491427 | #+ | Thrift Investment, 720 King Georges Rd, Fords, NJ 08863-1974 |
| 519540440 | #+ | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863-1974 |
| 519534028 | + | Thrift Investment Corporation, 720 King George's Post Rd, PO Box 538, Fords, NJ 08863-0538 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540426 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 22 2022 20:45:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 519540427 | + | EDI: CAPITALONE.COM | Jul 23 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519509801 | + | EDI: AIS.COM | Jul 23 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540428 | + | EDI: CCS.COM | Jul 23 2022 00:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519540429 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2022 20:55:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519491424 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2022 20:55:31 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 519540430 | + | EDI: DISCOVER.COM | Jul 23 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519540432 | + | EDI: DCI.COM | Jul 23 2022 00:43:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, |

Case 22-10566-VFP    Doc 46    Filed 07/24/22    Entered 07/25/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: 148 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32255-1268 |
| 519538092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519540436 | | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2022 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 519527323 | | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2022 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519540437 | ^ | MEBN | Jul 22 2022 20:44:04 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519540438 | + | Email/Text: bankruptcy@pseg.com | Jul 22 2022 20:44:00 | PSE&G, P.O. Box 490, Cranford, NJ 07016-0490 |
| 519540439 | | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2022 20:45:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519538778 | + | EDI: AIS.COM | Jul 23 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540441 | + | EDI: VERIZONCOMB.COM | Jul 23 2022 00:43:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Mona Holland |
| pp | | Yarelis Rivera, 13501 NW 3rd Street 101, 101 Pembrole Pines |
| 519540431 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 519540434 | ##+ | KML Law Group, P.C., 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jul 22, 2022 Form ID: 148 Total Noticed: 27

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott D. Sherman
    on behalf of Debtor Mona Linda Holland ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5